### BILL DOUPE V. THE STATE.

No. 17114.   Delivered October 17, 1934.
Reported in 75 S. W. (2d) 266.

The opinion states the case.

*Geo. S. Berry, Tom B. Perkins,* and *W. D. Benson, Jr.,* all of Lubbock, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—Conviction for robbery; punishment, ten years in the penitentiary.

There has been filed with the clerk of this court a proper affidavit certifying that pending appeal this appellant escaped from the custody of the sheriff on June 24, 1934, and has not been recaptured, or returned to custody. Under the terms of our statute this court is without jurisdiction to further consider said appeal. The appeal is dismissed.

*Appeal dismissed.*